# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
August 1, 2017

In re:
Terry G. Winborne Jr.
              Debtor*

Case Number: 17−21139 jjt
Chapter: 13

### ORDER ON APPLICATION TO PAY FILING FEE IN INSTALLMENTS

The above−named Debtor having filed an *Application to Pay the Filing Fee in Installments* dated July 31, 2017, (ECF No. 4) (Official Form B103A), in accordance with Federal Rule of Bankruptcy Procedure 1006; it is hereby

**ORDERED:** The Debtor pay the filing fee of $310.00 as follows:

$77.50 on or before August 31, 2017

$77.50 on or before September 29, 2017

$77.50 on or before October 27, 2017

$77.50 on or before November 28, 2017; and it is further

**ORDERED:** Until the filing fee is paid in full, the Debtor shall not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case; and it is further

**ORDERED: FAILURE TO PAY THE FINAL INSTALLMENT OR OBTAIN AN EXTENSION TO PAY THE FINAL INSTALLMENT IN ACCORDANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 1006(b), SHALL RESULT IN THE DISMISSAL OF YOUR CASE.**

Dated: August 1, 2017

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

Checks or money orders should be made payable to: **U.S. Bankruptcy Court** at the address in the lower left corner. Note that the court will not accept as payment the personal check or credit card of the person filing the petition. Payment may also be made online at Pay.gov (https://pay.gov/public/form/start/73185821).

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 104 − kv